## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE FOR ABFC 2006-OPT1 TRUST, ASSET BACKED FUNDING CORPORAION, ASSET BACKED CERTIFICATES, SERIES 2006-OPT1 C/O OCWEN LOAN SERVICING, LLC,

           Respondents

        v.

DENNIS KEITH DIXON AND HEATHER E. MERRITT,

           Petitioners

: No. 837 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER


**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.